UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
LAURENCE PASKOWITZ, individually     :
and on behalf of all others similarly
situated,                             :
                 Plaintiffs,          :     Civil Action
     vs.                              :     No. 06-11616-GAO

ASPEN TECHNOLOGY, INC.,               :
CHARLES KANE AND MARK E.
FUSCO,                                :

                 Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to, by and between plaintiff Laurence Paskowitz and defendants Aspen Technology, Inc., Charles Kane And Mark E. Fusco, that this action and all of plaintiff Laurence Paskowitz's individual claims herein are dismissed with prejudice, without costs, and with all parties waiving all rights of appeal. Such dismissal is without prejudice to any other shareholder seeking to commence an action against defendants alleging claims substantially the same as the claims alleged in this action, and is without prejudice to any of the defendants raising substantially the same or any additional responses or defenses thereto.

Dated: September 26, 2006       Respectfully submitted,
        Boston, Massachusetts

/s/ Leslie R. Stern                                 /s/ Thomas J. Dougherty
Leslie R. Stern (BBO #631201)           Thomas J. Dougherty (BBO #132300)
BERMAN DEVALERIO PEASE              Justin J. Daniels (BBO #656118)
TABACCO BURT & PUCILLO               Kerry Dakin (BBO #640826)
One Liberty Square, 8th Floor                SKADDEN, ARPS, SLATE,
Boston, Massachusetts 02109                  MEAGHER & FLOM LLP
(617) 542-8300                                      One Beacon Street
lstern@bermansq.com                         Boston, Massachusetts 02108
                                                            (617) 573-4800
                                                            dougherty@skadden.com
/s/ Nancy Kaboolian                            jdaniels@skadden.com
Arthur N. Abbey                                   kdakin@skadden.com
Nancy Kaboolian
ABBEY SPANIER RODD ABRAMS &      Counsel for Defendants
PARADIS, LLP                                        Aspen Technology, Inc.,
212 East 39th Street                              Charles Kane and Mark E. Fusco
New York New York 10016
(212) 889-3700
nkaboolian@abbeyspanier.com


Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street
46th Floor
New York, New York 10165
(212) 867-1156

Counsel for Plaintiff
Laurence Paskowitz